GEOFFREY L. BERMAN
PLAN ADMINISTRATOR
333 S. GRAND AVE, SUITE 4100
LOS ANGELES, CA. 90071
TELEPHONE (213) 617-2717
FACSIMILE (213) 617-2718

FILED
DEC - 7 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re

VISTA HOSPITAL SYSTEMS, INC.

Debtor.

Case No. 6:03-bk-18901-PC

Chapter 11

**REPORT OF UNCLAIMED FUNDS FEDERAL RULE OF BANKRUPTCY**

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the undersigned Plan Administrator of the above-entitled estate hereby turns over to the court, unclaimed dividends in the amount of $301,941.15. The name and address of the claimants entitled to unclaimed dividends are attached.

Date: December 6, 2021

/s/ Geoffrey L. Berman

GEOFFREY L. BERMAN
PLAN ADMINISTRATOR

1

# Vista Hospital Systems, Inc.
## Unclaimed Dividends
### Case No. 6:2003bk18901 (Closed)

| Claim No. | Name | Address | Address | Claim Amount | Dividend |
|---|---|---|---|---|---|
| Scheduled | A.G. Heinz, Inc. | | | 5,597.90 | 1,256.45 |
| Scheduled | A.Q.M. Service, Inc. | 327 W Ontario Ave | Corona, CA 91720 | 402.90 | 90.43 |
| 89 | A & R WELDING SUPPLY | 205 Tank Farm Rd | San Luis Obispo CA 93401-7509 | 1,122.28 | 251.90 |
| 90 | A & R WELDING SUPPLY | 205 Tank Farm Rd | San Luis Obispo CA 93401-7509 | 241.15 | 54.13 |
| Scheduled | Aatell & Jones | 1000 Mount Laurel Circle | Shirley, MA 01464 | 282.43 | 63.39 |
| Scheduled | Abbott Critical Care Systems | 755 Jarvis Dr | Morgan Hill, CA 95037 | 399.79 | 89.73 |
| Scheduled | Absolute Computer Corp. | PO Box 241081 | Cleveland, OH 44124 | 620.00 | 139.16 |
| 116 | Access Battery Power Systems | 5357 Hwy 68 | Elizabeth, CO 80197 | 163.96 | 36.80 |
| Scheduled | Administrative Systems, Inc. | 1310 Mercer St #200 | Seattle, WA 98109-2701 | 4,910.46 | 1,102.16 |
| Scheduled | Advanced Paging & Cellular | 1001 Higuera Str | San Luis Obispo, CA 93401 | 1,042.57 | 234.01 |
| Scheduled | Air Testing | 2175 Goodyear Ave #105 | Ventura, CA 93003 | 1,484.00 | 333.09 |
| Scheduled | Aladdin Temp-Rite, LLC | 7478 Collection Center Dr | Chicago, IL 60693 | 111.97 | 25.13 |
| Scheduled | Allergan | PO Box 905635 | Charlotte, NC 28290-5635 | | 187.19 |
| Scheduled | American Hospital Association | 11001 Bren Rd E | Minnetonka, MN 55343 | 242.00 | 54.32 |
| 285 | AMT Datasouth | 4765 Calle Quetzal | Camarillo, CA 93012-8546 | 2,084.94 | 467.97 |
| Scheduled | Applied Therapeutics, Inc. | 3104 Cherry Palm Dr #220 | Tampa, FL 33619 | 247.75 | 55.61 |
| Scheduled | Arch | PO Box 308 | Avondale Estates, GA | 866.76 | 194.55 |
| 670 | Arch Wireless | 3100 Premier Dr #204 | Irving, TX 75063 | 221.49 | 49.71 |
| 35 | Arrow Communications | 2539 W 237th St #G | Torrance, CA 90505 | 117.00 | 26.26 |
| 442 | Arrow Security | 2539 W 237th St #G | Torrance, CA 90505 | 117.00 | 26.26 |
| 480 | Arthrex, Inc. | Mary K. Johnson, AR Supervisor | Naples, FL 34104 | 4,180.19 | 938.25 |
| Scheduled | Arthro Care Corp. | Dept CH 10785 | Palantine, IL 60055-0785 | 1,583.46 | 355.41 |
| Scheduled | Aspen Surgical Products, Inc. | 7425 Clyde Park SW #G | Grand Rapids, MI 49503 | 552.84 | 124.09 |
| 816 | Atlantic Biologicals | 2401 Atlantic Blvd #200 | Pompano Beach, FL 33062 | 10,803.71 | 2,424.90 |
| 201 | Avalon Medical Corp. | Attn: Darrin Bennington | Williston, VT 05495-9209 | 4,465.23 | 1,002.23 |
| 155 | Bausch & Lomb Surgical | 3365 Tree Court Ind | St Louis, MO 63122 | 1,411.67 | 316.85 |
| 276 | Baxter Anesthesia Critical Care | PO Box 100476 | Pasadena, CA 91189-0001 | 4,533.12 | 1,017.46 |
| 363 | Baxter Capital Services | Attn: Shawn M. Ryan | Deerfield, IL 60015 | 74,598.69 | 16,743.74 |
| 345 | Benjamin Clark, Inc. | PO Box 1234 | Sunset Beach, CA 90742-1234 | 750.00 | 168.34 |
| Scheduled | Bergen Brunswig Drug Co. | PO Box 877 | Goleta, CA 93116 | 44,427.26 | 9,971.74 |
| Scheduled | Best Buy | 7075 Flying Cloud Dr | Eden Prairie, MN 55344 | 377.11 | 84.64 |
| Scheduled | Bio-Med Plus, Inc. | 6855 S.W. 81st St | Miami, FL 33143 | 925.00 | 207.62 |
| 321 | Boyd Coffee Co. | PO Box 20647 | Portland, OR 97294 | 1,554.64 | 348.94 |
| 33 | Brian Boiler Works | 1317 Ironbark St | San Luis Obispo, CA 93401 | 970.63 | 217.86 |
| Scheduled | California Business Bureau | 1711 S. Mountain Ave | Monrovia, CA 91017-1400 | 2,963.67 | 665.20 |
| Scheduled | California Chamber of Commerce | 3255 Ramos Cir | Sacramento, CA 95827-2501 | 214.73 | 48.20 |
| Scheduled | California EM-1 Medical Services | PO Box 60041 | Arcadia, CA 91066-6041 | 262.00 | 58.81 |
| Scheduled | California Healthcare Association | 1101 N Market Blvd #9 | Sacramento, CA 95834 | 525.00 | 117.84 |
| 228 | CARDINAL HEALTH 414, INC | 16310 Raymer St | Van Nuys ca 91406 | 180.04 | 40.41 |
| 278 | Cardinal Health 414, Inc. | Attn: Declan Cooper | Woodland Hills, CA 91367 | 8,790.59 | 1,973.06 |
| Scheduled | Centerpulse Orthopedics, Inc. | 9900 Spectrum Dr. | Austin, TX 78717 | 11,250.00 | 2,525.07 |
| Scheduled | Centerpulse Spine-Tech, Inc. | PO Box 751413 | Charlotte, NC 28275-1741 | 24,285.00 | 5,450.79 |
| Scheduled | Central Coast Perfusion Services | 615 S. Via Belmonte Court | Arroyo Grande, CA 93420 | 250.00 | 56.11 |
| Scheduled | Central Coast Taxi Cab Service | 310 South Main St. | Templeton, CA 93465 | 808.75 | 181.52 |
| Scheduled | Central Coast Water Treatment | PO Box 1330 | Santa Maria, CA 93456 | 168.00 | 37.71 |
| Scheduled | Channing Bete Co. | PO Box 8500-8730 | Philadelphia, PA 19178-8730 | 249.06 | 55.90 |
| Scheduled | Circon ACMI Division | PO Box 9125 | Stamford, CT 6925 | 590.46 | 132.53 |
| Scheduled | Clifford Branch and ULF Erenius | PO Box 2150 | Avila Beach, CA 93424 | 2,355.92 | 528.79 |
| 227 | Club Staffing, Inc. | 4800 N. Federal Hwy #E 301 | Baca Raton, FL 33431 | 18,832.20 | 4,226.90 |
| 344 | CMRE Financial Services, Inc | 3350 E. Birch St #200 | Brea, CA 92821 | 65,000.00 | 14,589.31 |
| Scheduled | College of American Pathologists | PO Box 71698 | | 210.00 | 47.13 |
| Scheduled | Cordis Corporation | 14201 NW 60th Ave | Miami Lakes, FL 33014 | 5,996.00 | 1,345.81 |
| Scheduled | Cross Country Local | PO Box 101013 | Atlanta, GA 30392-1013 | 648.00 | 145.44 |
| 307 | Datex-Ohmeda, Inc. | PO Box 7550 | Madison, WI 53707-7550 | 6,530.99 | 1,465.89 |
| 695 | Datex-Ohmeda, Inc. | PO Box 7550 | Madison, WI 53707-7550 | 1,338.52 | 300.43 |
| Scheduled | Diversey Lever, Inc. | PO Box 67000 | Detroit, MI 48267-0149 | | 48.09 |
| Scheduled | Diversified BioMedical | 24895 Sunnymead Blvd PMB #256 | Moreno Valley, CA 92553 | | 209.53 |
| Scheduled | Dixie Diesel & Electric, Inc. | 14835 Proctor Ave #A | City of Industry, CA 91746 | | 1,312.18 |
| 226 | Duckworth & Kent USA Ltd. | 10805 Sunset Office Dr #207 | St. Louis, MO 63127-1026 | | 180.33 |
| 171 | EBI LP | 100 Interpace Parkway | Parsippany, NJ 07054 | | 1,365.22 |
| Scheduled | Elite Medical Solutions, Inc. | 501 N. Smith Ave #11 | Corona, CA 92880 | | 785.58 |
| Scheduled | EMC | 5 Technology Dr Bldg E | Milford, MA 1757 | | 1,010.03 |
| Scheduled | Esoterix | 4509 Freidrich Ln Bldg 1 #100 | Austin, TX 78744 | | 246.90 |
| 25 | EVANS COMMUNICATIONS | 4918 Taylor Ct | Turlock, CA 95382 | | 95.45 |
| 26 | EVANS COMMUNICATIONS | 4918 Taylor Ct | Turlock, CA 95382 | | 230.48 |
| Scheduled | Faber, Luke A. MD | 1941 Johnson Ave #101 | San Luis Obispo, CA 93401 | | 224.45 |
| Scheduled | Fisher Healthcare | Acct # 178225-001, Dept LA 21160 | Pasadena, CA 91185-1160 | | 4,361.21 |
| Scheduled | Galileo Surgery Center | 1001 Foothill Blvd | San Luis Obispo, CA 93403 | | 588.96 |
| Scheduled | Gary Rudolph, Inc. | 6643 Valjean Ave. | Van Nuys, CA 91406 | | 124.57 |
| Scheduled | Gentiva Health Services | Dept. CH10899 | Palantine, IL 60055 | | 781.09 |
| 239 | George Dennis Energy Water | 4239 E. Desert Sky Ct. | Cave Creek, AZ 85331-5014 | | 179.56 |
| 109 | Getinge Castle, Inc. | 177 E. Henrietta Rd. | Rochester, NY 14620-4224 | | 880.09 |
| 525 | Giacopuzzi, Jody | 95 N. Ashwood Ave #611 | Ventura, CA 93003 | | 53.87 |

## Vista Hospital Systems, Inc.
## Unclaimed Dividends
## Case No. 6:2003bk18901 (Closed)

| Claim No. | Name | Address 2 | Address 4 | Claim Amount | Dividend |
|---|---|---|---|---|---|
| Scheduled | Gordon, Steven | | | | 277.79 |
| 516 | Guidant Corp. | 3200 Lakeside Dr. | Santa Clara, CA 95052 | | 10,295.93 |
| 316 | Gyrus Medical Corp. | 6655 Wedgwood Rd #105 | Maple Grove, MN 55311 | | 326.47 |
| 312 | Haz/Mat DQE, Inc. | 5732 W. 71st St. | Indianapolis, IN 46278 | | 81.08 |
| 250 | Health Care Legal Services | 1010 W. Chapman Ave 2nd Fl | Orange, CA 92868-2847 | | 1,428.96 |
| Scheduled | Health Search | 1240 N. Lakeview Ave #280 | Anaheim Hills, CA 92807 | | 2,109.84 |
| Scheduled | Hill-Rom | PO Box 95504 | Chicago, IL 60694 | | 12,267.00 |
| 725 | Hotjobs.com | Attn: Julie Shermak | New York, NY 10001 | | 508.98 |
| 36 | Identicard | PO Box 5349 | Lancaster, PA 17606-5349 | | 141.55 |
| 460 | Image Supply | 1420 47th Ave. | Sacramento, CA 95822-5902 | | 172.55 |
| Scheduled | Impath, Inc. | PO Box 41000 | Santa Ana, CA 92799-1000 | | 2,720.35 |
| Scheduled | Intelacard, LLC | 6118 San Fernando Rd | Glendale, CA 91201 | | 38.00 |
| 602 | Intelistaf Healthcare Inc. | P.O. Box 503289 | St. Louis, MO 63150-3289 | | 5,919.16 |
| 603 | Intelistaf Healthcare Inc. | P.O. Box 503289 | St. Louis, MO 63150-3289 | | 14,916.61 |
| Scheduled | Interpore Cross International | Department AT49908 | Atlanta, GA 31102 | | 219.74 |
| Scheduled | ISI Infortel | 31231 Network Pl | Chicago, IL 60673-1312 | | 224.45 |
| Scheduled | Ivans | PO Box 6262 | New York, NY 10249-6262 | | 141.30 |
| Scheduled | Jefferson Pilot Financial | P.O. Box 2976 | Omaha, NE 68103-2976 | | 2,769.86 |
| Scheduled | Jet Mobile Compactor Service | P.O. Box 6311 | Anaheim, CA 92816-0311 | | 56.74 |
| Scheduled | Jose-Davies-Toll | 345 S Halcyon | Arroyo Grande CA 93420 | | 1,978.06 |
| Scheduled | KDIF-AM/KTDD-AM | 2001 Iowa Ave #200 | Riverside, CA 92507 | | 987.58 |
| Scheduled | Keller, Eugene MD | | | | 269.34 |
| Scheduled | KEM Medical Products Corp. | 14 Engineers Ln | Farmingdale, NY 11735 | | 46.43 |
| 206 | Kendall/Hunt Publishing Company | | | | 42.35 |
| Scheduled | Khamisane, Saleem R. MD | | | | 34.59 |
| Scheduled | Kinetic Concepts, Inc | P.O. Box 842034 | Dallas, TX 75284-2034 | | 2,962.86 |
| Scheduled | Kinko's Copies | P.O. Box 530257 | Ventura, CA 30353-0257 | | 381.23 |
| Scheduled | Lee, Burkhart, LIU, Inc. | 2890 Colorado Ave | Santa Monica, CA 90404 | | 1,644.17 |
| Scheduled | Leica, Inc. | 111 Deer Lake Rd | Deerfield, IL 60015 | | 1,303.53 |
| 295 | Lemaitre Vascular | 26 Ray Ave | Burlington, MA 01803 | | 356.88 |
| 304 | Lemaitre Vascular | 26 Ray Ave | Burlington, MA 01803 | | 95.18 |
| 29 | LMA North America | 9360 Towne Center Dr | San Diego, CA 92121 | | 426.62 |
| 165 | Lone Star Medical Products | 8733 Knight Rd | Houston, TX 77054-4405 | | 103.25 |
| Scheduled | Maholtra, Vinold MD | | | | 404.01 |
| Scheduled | Marketlab | 3420 Broadmoor SE | Kenwood, MI 49512 | | 32.77 |
| Scheduled | McKesson General Medical | 160 S Garfield Ave | Alhambra, CA 91801 | | 58.12 |
| Scheduled | MCO – The Micro Film Company | 1820 Wild Turkey Cir | Corona, CA 92880 | | 57.23 |
| Scheduled | Med Pat Inc. | Attn: Isaac Zagha | Wanamassa, NJ 07712-3953 | | 25.37 |
| Scheduled | Med Pat Inc. | Attn: Isaac Zagha | Wanamassa, NJ 07712-3953 | | 96.01 |
| Scheduled | MEDICAL HELP, INC | 11681 Steerling Ave #I | | | 5,964.03 |
| 148 | Mediq/ACS | One Mediq Plaza | Pennsauken, NJ 08110 | | 39.45 |
| Scheduled | Medi-Nuclear Corp. | 4501 Littlejohn St | Baldwin Park, CA 91706 | | 509.99 |
| 653 | Mediscribe | PO Box 930 | Murrietta, CA 92564 | | 1,487.77 |
| 795 | Medquist | Attn: Joseph Branco, Collection Superv | Marlton, NJ 08053 | | 10,057.24 |
| 796 | Medquist | Attn: Joseph Branco, Collection Superv | Marlton, NJ 08053 | | 6,455.28 |
| Scheduled | Med-Stor Medical Products | 25701 Jefferson | St Clair Shores, MI 48081 | | 66.91 |
| 694 | Merry X-Ray | 1130 N. Citrus Ave | Orange, CA 92867 | | 4,397.02 |
| 360 | MG Industries | Attn: Legal Dept | Malvern, PA 19355-1416 | | 3,066.94 |
| Scheduled | Microvasive Division/Boston | 480 Pleasant St | Watertown, MA 02172 | | 964.74 |
| Scheduled | Micro Warehouse | 17801 Main St #G | Irvine, CA 92714 | | 193.25 |
| Scheduled | Mike McClellan Gardening | 461 Woodland Dr | Arroyo Grande, CA 93420 | | 363.83 |
| 711 | Milford Bookbinding, Inc. | 3723 S Highway 99 Frontage Rd | Stockton, CA 05215 | | 28.65 |
| Scheduled | Military Media | 811 Village Square S | Palm Springs, CA 92262 | | 59.93 |
| 302 | MINOLTA BUSINESS SOLUTIONS | | | | 8,037.35 |
| 627 | Minuteman Plumbing and Drain Services | Attn: Laura Standrowicz | Santa Ana, CA 92735-0703 | | 3,985.53 |
| 60 | Mobile Med Equip. | Attn: Peter Houtz | Ontario, CA 91762 | | 482.86 |
| Scheduled | Modern Express Messenger & Delivery | PO Box 4691 | Cerritos, CA 90703 | | 32.11 |
| Scheduled | Moore Document Solutions | CH 10126 | Palatine, IL 60055-0126 | | 4,311.13 |
| Scheduled | Newborn Screening Program | 2151 Berkeley Way, Annex 4 | Berkeley, CA 94704 | | 1,906.94 |
| Scheduled | Novacept | 1047 Elwell Ct | Palo Alto, CA 94303 | | 205.57 |
| 75 | Office Depot, Inc. | Attn: Bankruptcy Dept. | Wichita, KS 67226 | | 4,739.20 |
| 147 | Office Depot, Inc. | Attn: Bankruptcy Dept. | Wichita, KS 67226 | | 1,914.11 |
| 720 | Ohio Medical Instrument Co., Inc. | 4900 Charlemar D | Cincinnati, OH 45227 | | 195.44 |
| 600 | Olympus America, Inc. | Two Corporate Center Dr | Melville, NY 11747 | | 2,774.79 |
| 84 | Olympus America, Inc. | Two Corporate Center Dr | Melville, NY 11747 | | 5,050.15 |
| 628 | O.R. Solutions, Inc. | 3901 Centerview Dr # W | Chantilly, VA 20151 | | 456.22 |
| 541 | Ortho Clinical Diagnostics | 1001 US Hwy 202 | Raritan, NJ 08869 | | 29.51 |
| 675 | Pacific Bell | Attn: Bankruptcy Recovery Center | West Sacremento, CA 95851 | | 2,008.46 |
| Scheduled | Park Place International | 7227 Chagrin Rd | Chagrin Falls, OH 44022 | | 127.49 |
| Scheduled | Passport Health Communications | 800 W 6th St #1800 | Los Angeles, CA 90017 | | 1,602.58 |
| Scheduled | PC Guardian | 1133 E Francisco Blvd | San Rafael, CA 94901-5427 | | 825.98 |
| Scheduled | Peachtree Business Forms, Inc. | 1284 Logan Circle NW | Atlanta, GA 30318 | | 186.29 |
| 218 | Perinatal Regional System | 4542 Ruffner St #130 | San Diego, CA 92111-2238 | | 82.67 |

Vista Hospital Systems, Inc.
Unclaimed Dividends
Case No. 6:2003bk18901 (Closed)

| Claim No. | Name | Address 2 | Address 4 | Claim Amount | Dividend |
|---|---|---|---|---|---|
| 596 | Pharmacia Corp. | CFS-(0340-212-1)MailStop | Kalamazoo, MI 49001 | | 136.47 |
| Scheduled | Physiologic Reps, Inc. | 932 Grand Central Ave | Glendale, CA 91221 | | 1,612.85 |
| Scheduled | Physiometrix | Five Billerica Park | N. Billerica, MA 01862 | | 48.82 |
| Scheduled | Pismo Beach Chamber of Commerce | 581 Dolliver St | Pismo Beach, CA 93449 | | 39.28 |
| Scheduled | Plas-Tech Resources | 12410 Foothill Blvd #T | Sylmar, CA 91342 | | 185.17 |
| 504 | Plus Orthopedics | 6055 Lusk Blvd | San Diego, CA 92121-2700 | | 10,728.75 |
| 451 | Podley, Kris LCSW | 6165 Clover Ct | Chino, CA 91710 | | 161.60 |
| Scheduled | Pre-Paid Legal Services, Inc. | PO Box 2629 | Ada, OK 74820-2629 | | 39.38 |
| 595 | Premier Mechanical Services | P.O. Box 501 | Cathedral City, CA 92235-0501 | | 1,819.45 |
| Scheduled | Pressure Products Industries, Inc. | 30423 Miraleste Dr | Rancho Palos Verdes, CA 90275 | | 160.79 |
| Scheduled | Primetime Advertising | 12508 Jones Maltsberge #110 | San Antonio, TX 78247 | | 69.23 |
| 42 | Pritchett Hull Associates, Inc. | 3440 Oakcliff Rd NE #110 | Atlanta, GA 30340-3079 | | 55.60 |
| Scheduled | Producers Dairy Foods, Inc. | PO Box 1231 | Fresno, CA 93715-1231 | | 502.99 |
| Scheduled | Professional Insurance Company | PO Box 406417 | Atlanta, GA 30384-6417 | | 182.41 |
| Scheduled | Pro-Tem Personnel | 5198 Arlington Ave #313 | Riverside, CA 92504 | | 1,465.40 |
| Scheduled | Psycho Social Consultants | 1455 Carnation Pl | Carpinteria, CA 93013 | | 53.87 |
| 280 | Pulse Healthcare Staffing | 5750 Sunrise Blvd Ste # 215 | Citrus Heights, CA 95610 | | 1,023.50 |
| Scheduled | Randolph, Lawrence MD | 1315 Las Tablas Rd #B | Templeton, CA 93465 | | 1,346.71 |
| 65 | Rast East | P.O. Box 3294 | Greenville, NC 27836-1294 | | 82.15 |
| Scheduled | RDL, Inc. | PO Box 250021 | Los Angeles, CA 90025-0021 | | 112.67 |
| Scheduled | Redmed | 1490 S Vineyard #F | Ontario, CA 91761 | | 301.58 |
| Scheduled | Reeves, Deborah, S. | | | | 404.01 |
| Scheduled | Research Medical Div./Edwards | 6810 South 300 West | Midvale, UT 84047 | | 115.32 |
| Scheduled | Rita Medical Systems, Inc. | 967 N. Shoreline Blvd | Mountain View, CA 94043 | | 1,009.80 |
| Scheduled | Rowley, Quinten G. | | | | 112.23 |
| 100 | R R Cash Registers | 323 W 6th St | Corona, CA 92882-3350 | | 68.68 |
| Scheduled | S & S Arts & Crafts | PO Box 4487 | Colchester, CT 06415-0513 | | 27.86 |
| Scheduled | San Luis Garbage | 970 Monterey | San Luis Obispo, CA 93401 | | 571.65 |
| 410 | SAN LUIS POWERHOUSE, INC | 798 Francis Ave | San Luis Obispo CA 93401 | | 172.31 |
| 411 | San Luis Powerhouse, Inc. | 798 Francis Ave | San Luis Obispo CA 93401 | | 373.57 |
| 789 | SBC | Attn: Bankruptcy Recovery Center | West Sacramento, CA 95851 | | 31.87 |
| Scheduled | Scolaris | PO Box 1260 | Arroyo Grande, CA 93421 | | 54.96 |
| Scheduled | Seawave Property Management | PO Box 1934 | Pismo Beach, CA 93448 | | 493.79 |
| 388 | Senior Technologies, Inc. | P.O. Box 3066 | Omaha, NE 68103-0066 | | 36.69 |
| 284 | Senorx, Inc. | 11 Columbia #A | Aliso Viejo, CA 92656 | | 365.35 |
| 598 | Severn, Kathleen/Hill, Janina | 13 Villa Ct | San Luis Obispo, CA 93401 | | 43.34 |
| 30 | Shamrock Scientific Specialty, Inc. | 34 Davis Dr | Bellwood IL 60104 | | 272.54 |
| Scheduled | Sherman Radiology Products, Inc. | 11 Willowglen Pl | Santa Barbara, CA 93105 | | 207.13 |
| Scheduled | Siemens Building Technologies, Inc. | PO Box 70832 | | | 186.79 |
| Scheduled | Solucient, LLC | 36967 Eagle Wy | Chicago, IL 60678-1369 | | 5,239.36 |
| Scheduled | Source One Healthcare Technologies | 1158 Venture Dr | Mira Loma, CA 91762 | | 8,497.26 |
| Scheduled | STONEBUSTERS, LLC | 3848 McHenry Ave #155#360 | Modesto CA 95356 | | 10,066.62 |
| 9 | Stradis MEdical | | | | 146.09 |
| Scheduled | Sulzer Vascutek Terumo | | | | 28.51 |
| 512 | Summt Imaging, INc. | | | | 215.47 |
| Scheduled | Supplemental Health Care | | | | 527.91 |
| Scheduled | SYSMEX CORPORATION OF AMERICA | Gilmer Rd, 6699 RFD | Long Grove IL 60047-9596 | | 1,164.13 |
| Scheduled | Target Stores | | | | 117.41 |
| 181 | Taylor Rental | | | | 239.80 |
| 123 | Team Surgical | | | | 561.13 |
| Scheduled | Tennis Landscape Corp. | | | | 417.48 |
| Scheduled | Teri's Yard Care | | | | 785.58 |
| Scheduled | The Estate of Clare McSorley | | | | 3,366.76 |
| Scheduled | The Greenery | | | | 52.73 |
| Scheduled | Thelin, Andrew DBA | | | | 1,170.49 |
| Scheduled | Therapeuticnuclides | | | | 342.29 |
| 422 | Titan Medical Group, LLC. | | | | 3,059.67 |
| Scheduled | Tom - Nellis, Susan | | | | 1,188.24 |
| Scheduled | TRANSAMERICA WORKSITE MARKETING | File #59102 | Los Angeles CA 90074-5910 | | 280.32 |
| Scheduled | Tri-Signal Integration, Inc. | | | | 53.87 |
| Scheduled | Tri State Hospital Supply | | | | 344.53 |
| Scheduled | Tri State Hospital Supply | | | | 62.40 |
| Scheduled | Ultima Dental Systems | | | | 67.34 |
| Scheduled | Unisource Maint Supply | | | | 2,113.40 |
| 766 | U.S. Endoscopy | 231239 Momentum Pl | Chicago, IL 60689-5311 | | 30.45 |
| Scheduled | U.S. Foodservice, Inc. | | | | 4,356.37 |
| 347 | Verid United Ad Label | | | | 163.34 |
| Scheduled | VHS Medical Clinics | | | | 266.32 |
| 517 | Walgreen Pharmacy | | | | 57.10 |
| Scheduled | Surgical, Inc. | | | | 71.64 |
| 157 | WAXIE SANITARY SUPPLY | 1707 E Riverview Dr | San Bernardino CA 92408 | | 2,694.45 |
| Scheduled | Wellcare Pharmacy, Inc. | | | | 124.57 |
| Scheduled | White Pulmonary | | | | 77.49 |

Vista Hospital Systems, Inc.
Unclaimed Dividends
Case No. 6:2003bk18901 (Closed)

| Claim No. | Name | Address 2 | Address 4 | Claim Amount | Dividend |
|---|---|---|---|---|---|
| Scheduled | Wilson, Marilyn Lang | | | | 111.86 |
| Scheduled | XEROX CAPITAL SERVICES, LLC | PO Box 7413 | Pasadena CA 91109-7413 | | 506.95 |
| Scheduled | Young, Charles C. MD | | | | 224.45 |
| Scheduled | YOUR PEOPLE PROFESSIONALS | PO Box 5609 | Santa Maria CA 93456-5609 | | 252.33 |
| Scheduled | Alliant Food Svc, DBA U.S. Food Svc. | | | | 2,527.78 |
| Scheduled | Alliant Food Svc, DBA U.S. Food Svc. | | | | 1,828.59 |
| | | | | | $ 301,941.15 |