Fill in this information to identify the case:

| Debtor 1 | Vista Hospital Systems, Inc. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case Number: 6:03-bk-18901-PC

FILED
JAN 13 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $14,589.31 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>(425) 836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
300 North Los Angeles Street
Los Angeles, CA 90012

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 4, 2022

*[Signature]*

Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

**6. Notarization**
STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated January 4, 2022 was subscribed and sworn to before me this 4th day of January, 2022 by Andrew T. Drake who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: *[Signature]*
Matthew Zettley

My commission expires: February 19, 2022

*[Notary Seal:]*
MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

**6. Notarization**
STATE OF_____

COUNTY OF_____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

Form 1340    Application for Payment of Unclaimed Funds    Page 2

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
300 North Los Angeles Street
Los Angeles, CA 90012

Names and addresses of all other parties served:

Date: <u>January 4, 2022</u>

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, CMRE Financial Services, Inc..

CMRE Financial Services, Inc. has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Date: <u>January 4, 2022</u>

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# U.S. Courts Unclaimed Funds Locator

Home   About

Court / CACB

Edit Search

| | |
|---|---|
| **Case Number** | 6:03-bk-18901 |
| **Last/Business Name** | VISTA HOSPITAL SYSTEMS INC |

| | |
|---|---|
| **Page Total** | $14,589.31 |
| **First Name** | |

Creditors | 1

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ✉ | CACB | Cmre Financial Services Inc | $14,589.31 |





## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Jeffrey A Hudspeth and Andrew T. Drake, are hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this __10__ day of __April__, 20__21__.

_____
Brian J Dilks

Date: __4/10/21__

Subscribed and sworn to me this
__10th day of April 2021__

Notary Signature: _____
Matthew Zettley

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

My Commission Expires: 2/19/22

_____
Caryn M Dilks f/k/a Caryn M Knopik

Date: __4/10/21__

Subscribed and sworn to me this
__10th day of April 2021__

Notary Signature: _____
Matthew Zettley

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

My Commission Expires: 2/19/22

**SOS**
Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/07/2021
**Effective Date: 05/07/2021**
UBI #: 602 211 447

# Annual Report

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Expiration Date:
**06/30/2022**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2021050700288065 - 1
Received Date: 05/07/2021
Amount Received: $60.00

**MATTHEW ZETTLEY**
**NOTARY PUBLIC**
**STATE OF WASHINGTON**
**COMMISSION EXPIRES**
**FEBRUARY 19, 2022**

Dilks & Knopik

On this 29th day of December, 2021. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley, Notary Public
My commission expires: February 19, 2022

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of December 17, 2021 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and CMRE Financial Services, Inc. with an address of 3075 E. Imperial Hwy., Suite 200, Brea CA 92821 (the "Assignor").

1. Assignor is/was a creditor in the Vista Hospital Systems, Inc. case (6:03-bk-18901-PC) as filed in the Central District of California (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $14,589.31 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum $[redacted] which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount prior to the claim/application/motion is submitted to court. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to [redacted]% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____
CMRE Financial Services, Inc.
Daniel Ortigaza - Director of Collections

Assignee: _____
Dilks & Knopik, LLC
Brian J Dilks – Authorized Signatory



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, CMRE Financial Services, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Vista Hospital Systems, Inc.
Court: United States Bankruptcy Court - Central District of California
Case Number: 6:03-bk-18901-PC
Chapter: 11
Claim # 344

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, December 17, 2021.

CMRE Financial Services, Inc.

Daniel Ortigaza - Director of Collections

## STATEMENT OF AUTHORITY

The undersigned being first duly sworn and states that Daniel Ortigaza is the Director of Collections of CMRE Financial Services, Inc. Daniel Ortigaza is authorized to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property owing to CMRE Financial Services, Inc. or its subsidiaries. I further acknowledge that an Application for Unclaimed Funds will be or has been submitted by Dilks & Knopik, LLC to the bankruptcy court to release unclaimed funds.

By: _____    Dated 12/21/2021

Print Name: __Mark Shabason_____, Title VP of Operations

3075 E. Imperial Hwy., Suite 200
Brea, CA  92821
(714) 528-3200

FOR UNCLAIMED PROPERTY LOCATING PURPOSES ONLY

3350 E BIRCH ST #200 BREA CA 92821
ORANGE-US-Businesses-Search-202112211016

**CMRE FINANCIAL SERVICE (California, Colorado) - BUSINESS RECORD**

CMRE FINANCIAL SERVICE (Primary)
**CMRE FINANCIAL SERVICES INC (Primary)**
CMRE FINANCIAL SERVICES INC. (Primary)
CMRE FINANCIAL SERVICES, INC (Primary)
CMRE FINANCIAL SERVICES, INC. (Primary)
FEIN: **00-0901302**
Industry: **Miscellaneous Retail Stores, Nec**
Judgment Debtor Count: **2**
Bankruptcy Creditor Count: **2**
Principals Count: **5**

900 S 1ST AVE STE H, ARCADIA, CA 91006-7527 (LOS ANGELES COUNTY) (03/05/2005 to 03/05/2005)
Phone
(626) 445-5151 (PT) - COMOUCHE, M

PO BOX 38, EADS, CO 81036-0038 (KIOWA COUNTY) (10/21/2009 to 11/13/2011)

PO BOX 370837, DENVER, CO 80237-0837 (DENVER COUNTY) (02/14/2001 to 02/27/2013)

PO BOX 206, LAS ANIMAS, CO 81054-0206 (BENT COUNTY) (04/10/2009 to 12/15/2016)

3075 E IMPERIAL HWY STE 200, BREA, CA 92821-6753 (ORANGE COUNTY) (12/01/2019 to 10/01/2020)
Phone
(800) 783-9118

**3350 E BIRCH ST STE 200, BREA, CA 92821-6267 (ORANGE COUNTY) (07/01/2020 to 10/01/2020)**
Phone
(800) 783-9118

Principals
**SANDY LAWRENCE** Title: **CTO; PRESIDENT**
3075 E IMPERIAL HWY STE 200, BREA, CA 92821-6753 (ORANGE COUNTY)

**JACK NIXON** Title: **CHIEF EXECUTIVE OFFI; OWNER**
3075 E IMPERIAL HWY STE 200, BREA, CA 92821-6753 (ORANGE COUNTY)

**JACK NIXON** Title: **CHIEF EXECUTIVE OFFI; OWNER**
900 S 1ST AVE STE H, ARCADIA, CA 91006-7527 (LOS ANGELES COUNTY)

**PATRICK NIXON** Title: **CHIEF EXECUTIVE OFFICER; MARKETING EXECUTIVE; OWNER**
3075 E IMPERIAL HWY STE 200, BREA, CA 92821-6753 (ORANGE COUNTY)

**PATRICK NIXON** Title: **CHIEF EXECUTIVE OFFICER; MARKETING EXECUTIVE; OWNER**
3350 E BIRCH ST STE 200, BREA, CA 92821-6267 (ORANGE COUNTY)

Address Proof