**Fill in this Information to identify the case:**

Debtor 1   Vista Hospital Systems, Inc
           First Name        Middle Name       Last Name

Debtor 2   _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the Central District of California

Case number: 6:03-bk-18901 SY

**FILED**

MAR 0 1 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

---

Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| | |
|---|---|
| Amount: | ~~$9,400.00~~  $2,109.84 |
| Claimant's Name: | Health Search, Jeffrey Robbins |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 6451 E. Ridge Glen Road    714 585-8865<br>Anaheim, CA 92807<br>HUTZPA1@AOL.COM |

### 2. Claimant Information

Applicant[2] represents the following:

[X]  The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ]  The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____
_____.

[ ]  If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

[X]  Applicant is the Claimant.
[ ]  Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
[ ]  Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Central District of California
> *Civil Process Clerk-Federal Building*
> *300 North Los Angeles Street, Room 7516*
> *Los Angeles, CA 90012*

### 6. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: 02/21/2024

*/s/ Jeff Robbins*

Signature of Applicant

JEFFREY ROBBINS

Printed Name of Applicant

    Health Search, Jeffrey Robbins

Address: 6451 E. Ridge Glen Road
    Anaheim, CA 92807

Telephone: (714) 585-8865

Email: hutzpa1@aol.com

### 6. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 7. Notarization

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to (or affirmed) before me on this ____ day of _____, 20____ by

_____
who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)    Notary Public _____    SEE ATTACHED JURAT

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Orange_

Subscribed and sworn to (or affirmed) before me on this 22nd day of _February_, 20 24 by _Jeffrey Robbins_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____  (Seal)
Signature

DAIKI OCHOA ESPINOSA
COMM...2360798
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. June 11, 2025

---

**OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_Application For Payment_
(Title or description of attached document)

_of Unclaimed Funds_
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
Additional information

**INSTRUCTIONS**

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information Is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

www.NotaryClasses.com 800-873-9865

Jeffrey Robbins

6451 E. Ridge Glen Road

Anaheim, CA 92807

714 585-8865

Hutzpa1@aol.com                                              February 21, 2024


CACB California Central Court


Below is documentation requested to received unclaimed funds from...

**Vista Hospital Systems Inc, Bankruptcy # 6:03-bk-18901 file on June 10, 2003** for my company Health Search.

We were an Executive Search Firm which placed a person with Vista Hospital System at their Corona Regional Medical Center in December 2002 (see Attached worksheet) but were never paid our full fee.

I was the President and sole owner of Health Search. At the time Health Search was located at 1240 North Lakeview Ave, Suite 280 in Anaheim, CA 92807.

We moved a few years after to another Anaheim Location and eventually to my home when the recruiting business got slow. I shut down the corporation in 2017 (see attached documentation).

I've also enclosed an old Business Card of mine and a copy of my driver's License and a form W9 as requested with my social security number.

I have also enclosed your form 1340 Application for payment of unclaimed funds notarized.


I hope this information is satisfactory and I look forward to receiving the funds ($ 2,109.84) owed to me.

Thaks in advance,

*[signature]*    Feb 21, 2024

Jeffrey Robbins

NOTICE DATE: 10/25/17

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 942857
SACRAMENTO CA 94257-0501

Corporation Final Return Information Letter

HEALTH SEARCH, INC.
HEALTH SEARCH
6451 E RIDGE GLEN RD
ANAHEIM CA 92807-4808

NOTICE NUMBER:
8795370171020   1
ENTITY ID:
CORP 1029882

We received your corporation franchise or income tax return indicating that it is your final tax return. If you filed your termination documents and the California Secretary of State (SOS) accepts them, please disregard this notice.

You may avoid the minimum franchise tax for current and subsequent taxable years if you timely file your final franchise or income tax return (including extension) and you meet each of the following requirements:

- Your corporation conducts no business after the last day of the final franchise or income tax period.
- Within 12 months of the filing of your final tax return, SOS accepts your *Certificate of Dissolution* or *Certificate of Surrender*.

The corporation remains subject to the minimum franchise tax, including applicable penalties and interest, until you file your *Certificate of Dissolution* or *Certificate of Surrender* and SOS accepts it. In addition, the corporation remains liable for any outstanding returns or liabilities even after you file your *Certificate of Dissolution* or *Certificate of Surrender*.

If you have not filed your documents, please file the following forms to dissolve your domestic corporation or surrender your foreign corporation:

**Domestic corporations:**

- *Certificate of Dissolution.*
- *Certificate of Election to Wind Up and Dissolve.*

**Qualified foreign corporations:**

- *Certificate of Surrender.*

**Suspended or forfeited entities:** SOS will not accept any dissolution or surrender documents if the corporation has been suspended or forfeited by the Franchise Tax Board (FTB). Please contact FTB if your entity is suspended or forfeited.

For more SOS information, go to **ss.ca.gov** or call 916.657.5448. You may send correspondence to:

CORPORATE FILINGS
DOCUMENT FILING SUPPORT
SECRETARY OF STATE
1500 11TH STREET 3RD FLOOR
SACRAMENTO CA 95814

**Internet and Telephone Assistance**

| | |
|---|---|
| Website: | **ftb.ca.gov** |
| Telephone: | 800.852.5711 from within the United States |
| | 916.845.6500 from outside the United States |
| TTY/TDD: | 800.822.6268 for persons with hearing or speech impairments |



**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

| DISS STK |

IMPORTANT — Read Instructions before completing this form.

There is No Fee for filing a Certificate of Dissolution - Stock

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

FILED WM
Secretary of State
State of California

IW MAR 29 2017

This Space For Office Use Only

| 1. Corporate Name (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) | 2. 7-Digit Secretary of State File Number |
|---|---|
| HEALTH SEARCH, INC. | C1029882 |

**3. Election**

[✓] The dissolution was made by a vote of ALL of the shareholders of the California corporation.

Note: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve (Form ELEC STK)** must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only one box may be checked. If second box is checked, must include the required information in an attachment.)

[✓] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the attachment to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

3/28/2017    /s/ Jeffry Robbins         JEFFREY ROBBINS
Date         Signature                  Type or Print Name

_____    _____                  _____
Date         Signature                  Type or Print Name

_____    _____                  _____
Date         Signature                  Type or Print Name

DISS STK (REV 12/2016)                  2016 California Secretary of State
                                        www.sos.ca.gov/business/be

*Handwritten note:*
- CLOSED CORPORATION (HEALTH SEARCH) IN MARCH 2017
- IN 2003 WE WERE LOCATED AT 1240 N. LAKEVIEW STE 280 ANAHEIM, CA 92807



I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

APR 1 1 2017

Date:_____

ALEX PADILLA, Secretary of State

2002 3RD QTR

| APPLICANT | COMPANY | START DATE | TOTAL FEE | A/E SHARE | CASH IN | DATE CLOSED | AE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 3RD Quarter 2002 | | | | | | | | |
| Rosa Lopez | Greystar El Monte | 8-20-02 | 16,000 | 25-TM 25-JR | 8/15/02 | 7/10/02 | TM/JR | Dir HR |
| | Suburban Med | 8-26-03 | 17,140 | JR-100 | | 11/14/02 | Die | Dir Business Devel |
| Todd | UHS River Oaks | 8-12-02 | 16,000 | DE 25 JR 75 | | | DE/JR-CFO | |
| Todd Richmond | Washington Hosp | 8-26-02 | 24,500 | 100% | 9/4/02 | 7/22/02 | DE | Food Service |
| | Genera Rey | 10-14-02 | 17,000 | | 12-02 | 9/23/02 | JR/OE | Dir Critical Care |
| | Anaheim Mem | 10-28-03 | 8400 | TM/JR | 1/6/03 | 11/6/02 | Him Interim | |
| | Bectur | 10-23-03 | 14,400 | JR/JR | only 5000 | 11/25/02 | | Rsk mgr |
| | Genera Rey | 10-20-03 | 16,000 | JR | | 12/17/02 | Case Manager-Fell off | |
| | El Monte | 12-02 | 20,000 | RJ 2/40 3-2803 | | | NOT PER 17,600 | |

K-TAU was employment placement that was above
paid by Visa hospital system- they own
Corona Regional Medical
they went BK Early 6/1N 2003

# HEALTH SEARCH

Post Office Box 18462

Anaheim Hills, California 92817

Telephone 714.854.0100

www.health-search.net

OLD Letterhead !

When I moved Health Search to my Home!

From
1240 N Lakeview
Suite 280
Anaheim, CA 92807

The Healthcare Search Firm