| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Vista Hospital Systems, Inc.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case Number: | 6:03-bk-18901 |

**FILED**

JAN 03 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Form 1340 (12/23)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $16,512.52 |
|---|---|
| Claimant's Name: | MModal Services, Ltd. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | C/o Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123 / admin@dilksknopik.com |

## 2. Claimant Information

Applicant[2] represents the following:

☒    The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐    The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Medquist

☐    If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

## 3. Applicant Information

Applicant represents the following:

☐    Applicant is the Claimant.

☒    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4.    Supporting Documentation**

☒    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5.    Notice to United States Attorney**

☒    Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
*Civil Process Clerk*
*Federal Building, Room 7516 300*
*300 North Los Angeles Street*
*Los Angeles, CA 90012*

| **6. Applicant Declaration** | **6. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date:  November 13, 2024 | Date: _____ |
| _____ | _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Andrew T. Drake – Vice President | |
| Dilks & Knopik, LLC | _____ |
| | Printed Name of Co-Applicant (if applicable) |
| 35308 SE Center Street | |
| Snoqualmie, WA 98065 | Address: |
| 428-836-5728 x123 | |
| admin@dilksknopik.com | Telephone: _____ |
| | Email: _____ |

**7.  Notarization**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>April 10, 2024</u> was subscribed and sworn to (or affirmed) before me on this <u>13th</u> day of <u>November,  2024</u> by

_____
Andrew T. Drake

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)        Notary Public _____

MATTHEW ZETTLEY
NOTARY PUBLIC #197579
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
300 North Los Angeles Street
Los Angeles, CA 90012

Names and addresses of all other parties served:

Medquist
Owner of Record / Address of Record
PO Box 10832
Newark, NJ 0193-0832

MModal Services, Ltd. f/k/a Medquist Transcription, Ltd
Claimant
Attn: John Mathison, Director
3M Center Bldg 220-9E-0
St. Paul, MN 55144-1001

MModal Services, Ltd. f/k/a Medquist Transcription, Ltd.
Claimant
Attn: John Mathison, Director
1000 Bishops Gate Blvd., Suite 300
Mount Laurel, NJ 08054

Date: <u>November 13, 2024</u>

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

**Explanation of Supporting Documentation
for
Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Medquist.

The full name of the creditor is MedQuist Transcription, LTD. MedQuist Transcription, LTD changed its name and is now MModal Services, Ltd, as evidenced by Exhibit A.

MedQuist is a truncation for Medquist Transcription, Ltd. This is evidenced by the associated Case # 6:05-ap-01212 / Permian Health Care Inc et al v. Medquist Transcription Ltd (Exhibit B and C).

Application for these unclaimed funds was previously made (Docket #822) and denied (Docket #823). The cause of denial was:

> *Claims register does not list Medquist, the original creditor, on the list. Claim numbers 795 and 796 also do not exist on the claims register.*

A second application for the unclaimed funds was submitted (Docket #825) and denied (Docket #825). The cause of denial was:

> *The application has not provided new information, instead it has merely attempted to explain why no new information is available. That is insufficient.*

The court has made clear that proper documentation for a claim, sufficient to transfer authority for said claim to Dilks & Knopik, LLC, has not been provided by Dilks & Knopik, LLC. As such, the assignment agreement with Dilks & Knopik, LLC, submitted in support of the prior, denied, application(s) is likely invalid due to either not properly identifying an asset to be assigned or through inability to fulfill the consideration given for the assignment agreement, in the form of the agreed portion of the recovered unclaimed funds, upon success.

Pursuit of the unclaimed funds directly appears to be a more readily accessible route to proceed upon as they are documented through the unclaimed funds register (Exhibit D) and the Trustee's Report of Unclaimed Funds (Exhibit E – Docket #809). As such, with gratitude for the court's work in reviewing prior submissions, MModal Services, Ltd is requesting the release of their unclaimed funds.

(continued on following page)

Dilks & Knopik, LLC is an authorized signer for MModal Services, Ltd f/k/a MedQuist Transcription, Ltd. as evidenced by the Power of Attorney included with this application.

The second denial (Docket #825) also notes a potential issue with an address:

> *The explanation also claims that the "singer of our assignment agreement" is located at 1000 Bishops Gate Blvd., Suite 300, Mount Laurel, NJ, 08054, which is the same address as the original creditor. However, the documentation provided by the applicant appears to show that MMODAL Services, Ltd, [ ]., which signed the assignment agreement, is located at 3M Center Bldg 220-9E-0, St. Paul, MN 55144-1001.*

The court correctly notes the address under which MModal Services, Ltd is registered. Exhibit G demonstrates Medquist Transcriptions Ltd n/k/a MModal Services, Ltd's use of the 1000 Bishops Gate Boulevard Address. Service has been made to both addresses.

Date: <u>November 13, 2024</u>

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# Dilks | & | Knopik

## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Andrew T. Drake and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions to include applying for and receiving unclaimed funds, which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 22 day of July, 2024.

_____
Brian J Dilks – Member

Date: 7/22/24

Subscribed and sworn to me this 7/22/2024

Notary Signature _____

My Commission Expires: 2/19/2026

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: 7-22-2024

Subscribed and sworn to me this 7/22/2024

Notary Signature _____

My Commission Expires: 2/19/2026

**WASHINGTON**
Secretary of State

Corporations & Charities Division

> Filed
> Secretary of State
> State of Washington
> Date Filed: 05/14/2024
> Effective Date: 05/14/2024
> UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2025**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT   RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**4258365728**

Email:
**DK@DKLLC.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, USA**

Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|-------|------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## NATURE OF BUSINESS

- OTHER SERVICES
- ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
05/14/2024

## CONTROLLING INTEREST

1.  Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- **No**
2.  In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- **No**
    a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- **No**
3.  If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- **No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 and 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**CARYN**

Last Name:
**DILKS**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024051400337916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

Title:

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 20240514003379916 - 1
Received Date: 05/14/2024
Amount Received: $70.00

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

RE: Vista Hospital Systems, Inc.   )  Case: 6:03-bk-18901
             )
             )    **AUTHORITY TO ACT**
             )   **Limited Power of Attorney**
    Debtor(s)    )  **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **MModal Services, Ltd.** with a tax identification number of __22-1850433__ ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$16,512.52** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Signature

John Mathison
_____
Print Name

Director
_____
Title

10.22.24
_____
Date

| |
|---|
| Tape Signatory's Business Card Here |

### ACKNOWLEDGMENT

STATE OF __UT__ )     COUNTY OF __Salt Lake__

On this __25__ day of __Oct 2024__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) __John Mathison__ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC __Nancy Montgomery__

Residing at __Salt Lake, UT__

My Commission expires _____

| |
|---|
| NANCY MONTGOMERY<br>Notary Public, State of Utah<br>Commission # 724900<br>My Commission Expires<br>May 24, 2026 |

<u>2024  FOREIGN PROFIT CORPORATION ANNUAL REPORT</u>

DOCUMENT# F99000005921

Entity Name: MMODAL SERVICES, LTD., INC. ⟵

**Current Principal  Place of Business:**

3M CENTER BLDG 224-5N-40
ST PAUL, MN  55144-1001

**Current Mailing Address:**

3M CENTER BLDG 220-9E-0
ST PAUL, MN  55144-1001  US

FEI Number: 22-1850433                                   Certificate of Status Desired:  No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301-2525  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____                                    _____
Electronic Signature of Registered Agent                                                         Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | SECRETARY | | Title | TREASURER, DIRECTOR |
| Name | RYCHCIK, CARL | | Name | WEIDALL, QUINN |
| Address | 3M CENTER BLDG 224-5N-40 | | Address | 3M CENTER BLDG 224-5N-40 |
| City-State-Zip: | ST PAUL MN 55144-1001 | | City-State-Zip: | ST PAUL MN 55144-1001 |
| | | | | |
| Title | PRESIDENT, DIRECTOR | | Title | ASSISTANT TREASURER |
| Name | GARRISON, GARRI | | Name | MCGOUGH, JUSTIN P |
| Address | 3M CENTER BLDG 224-5N-40 | | Address | 3M CENTER |
| City-State-Zip: | ST PAUL MN 55144-1001 | | City-State-Zip: | ST PAUL MN 55144 |

| | |
|---|---|
| Title | DIRECTOR |
| Name | MATHISON, JOHN C |
| Address | 3M CENTER BLDG 224-5N-40 |
| City-State-Zip: | ST PAUL MN 55144-1001 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: QUINN WEIDALL                         TREASURER                    05/02/2024
_____                    _____    _____
Electronic Signature of Signing Officer/Director Detail                                              Date

TITLE

FILED
**May 02, 2024
Secretary of State
4407781494CC**

| | | |
|---|---|---|
| **Form 406**<br>**(Revised 05/11)**<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See Instructions** | <br>**Amendment to Registration** | This space reserved for office use.<br><br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br><br>APR 0 2 2012<br><br>Corporations Section |

## Entity Information

1. The legal name of the filing entity is:

MedQuist Transcriptions, Ltd

*State the name of the entity as currently shown in the records of the secretary of state.*

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

3. The registration was issued to the entity on:     5/26/1998
                                                     *mm/dd/yyyy*

The file number issued to the filing entity by the secretary of state is:   12121906

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

MModal Services, Ltd.

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

Form 406   **RECEIVED**

**APR 0 2 2012**

**Secretary of State**

4

Exhibit A

## Other Changes to the Application for Registration

7. The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above. Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: _January  26 , 2012_

_____
Signature of authorized person (see instructions)


Mark Sullivan, General Counsel & CCO
_____
Printed or typed name of authorized person.

Form 406                                           5

Exhibit A

ORIGINAL

1    Terese A. Mosher Beluris (State Bar No. 108746)
    Nicolas F. Oettinger (State Bar No. 223661)
2    **McDermott Will & Emery LLP**
    2049 Century Park East, 34th Floor
3    Los Angeles, California  90067-3208
    Telephone:    310-277-4110
4    Facsimile:    310-277-4730

05 AUG 10  AM 11: 22

5    Attorneys for Plaintiff
    Development Specialists, Inc., as Plan Administrator of
6    Vista Hospital Systems, Inc., Permian Health Care, Inc.,
    and French Hospital Medical Center

7

8    Anne Marie Aaronson (Pennsylvania State Bar No. 82118)
    **Pepper Hamilton LLP**
9    3000 Two Logan Square
    Eighteenth and Arch Streets
10   Philadelphia, Pennsylvania  19103
    Telephone:    215.981.4065
11   Facsimile:    215.981.4750
    Attorneys for Defendant
12   Medquist Transcription, Ltd.

13            UNITED STATES BANKRUPTCY COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15                RIVERSIDE DIVISION

16

17   In re

18   VISTA HOSPITAL SYSTEMS, INC., A
    CALIFORNIA NONPROFIT, PUBLIC
19   BENEFIT CORPORATION, ET AL.,

20         Plan Administrator and Plan
          Administrator-in-Possession,

21   Fed. Tax I.D. No. 77-0261419

22

23   DEVELOPMENT SPECIALISTS, INC.,
    AS PLAN ADMINISTRATOR OF VISTA
24   HOSPITAL SYSTEMS, INC., PERMIAN
    HEALTH CARE, INC., AND FRENCH
25   HOSPITAL MEDICAL CENTER,

26         Plaintiff,

27        V.

28   MEDQUIST TRANSCRIPTION, LTD.,
          Defendant.

CASE NO.  03-18901-DN

Chapter 11

[JOINTLY ADMINISTERED]

Adversary No. AD RS 05-01212-DN

STIPULATION OF DISMISSAL

[No Hearing Requested]

LAS99 1414330-1.070204.0179

Exhibit B    A-12

1      IT IS HEREBY STIPULATED by and between plaintiff Development Specialists, Inc., as

2    Plan Administrator of Vista Hospital Systems, Inc., Permian Health Care, Inc., and French

3    Hospital Medical Center and defendant Medquist Transcription, Ltd., through their respective

4    attorneys of record, that the above-captioned adversary proceeding be and hereby is dismissed

5    with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil

6    Procedure 41(a). Each party shall bear its own costs and attorneys' fees incurred in connection

7    with this adversary proceeding.

8    Dated: August 9 , 2005

**McDermott Will & Emery LLP**
Terese A. Mosher Beluris
Nicolas F. Oettinger

By: _____
Terese A. Mosher-Beluris
Attorneys for Plaintiff
Development Specialists, Inc., as Plan
Administrator of Vista Hospital Systems,
Inc., Permian Health Care, Inc., and French
Hospital Medical Center

Dated: August Y , 2005

**Pepper Hamilton**
Anne Marie Aaronson

By: _____
Anne Marie Aaronson
Attorneys for Defendant
Medquist Transcription, Ltd.

McDERMOTT, WILL & EMERY
ATTORNEYS AT LAW
LOS ANGELES

LAS99 1414330-1.070204.0179

- 2 -

Exhibit B

## PROOF OF SERVICE

1

2    I, Teresa M. Castelli, declare:

3    I am a citizen of the United States and employed in Los Angeles County, California. I am

4    over the age of eighteen years and not a party to the within-entitled action. My business address

5    is 2049 Century Park East, 34th Floor, Los Angeles, California 90067-3208. On August 9, 2005,

6    I served a copy of the within document(s):

7    STIPULATION OF DISMISSAL

8    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
           forth below on this date before 5:00 p.m.
9

10   ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
           fully prepaid, in the United States mail at Los Angeles, California addressed as set
           forth below.
11

12   ☐    by personally delivering the document(s) listed above to the person(s) at the
           address(es) set forth below.
13

14   See Attached Service List

15   I am readily familiar with the firm's practice of collection and processing correspondence

16   for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

17   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

18   motion of the party served, service is presumed invalid if postal cancellation date or postage

19   meter date is more than one day after date of deposit for mailing in affidavit.

20   I declare that I am employed in the office of a member of the bar of this court at whose

21   direction the service was made.

22   Executed on August 9, 2005, at Los Angeles, California.

23

24                                        _Teresa M. Castelli_

25                                        Teresa M. Castelli

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
CHICAGO

Exhibit B

SERVICE LIST

Office Of The U.S. Trustee
3685 Main Street
Suite 300
Riverside, California 92501

Anne Marie Aaronson
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, Pennsylvania 19103

Eric E. Sagerman
Winston & Strawn
333 S. Grand Ave., 38th Fl.
Los Angeles, California 90071

LAS99 1401254-1.070204.0179

Exhibit B

Printed on Aug 27 2024 12:03 pm

# 6:05-ap-01212 - Permian Health Care Inc et al v. Medquist Transcriptions Ltd

Docket Header Last Updated: 8/9/2024 11:04 am

### U.S. Bankruptcy Court
### Central District of California (Riverside)
### Adversary Proceeding #: 6:05-ap-01212-DN

*Assigned to:* David N. Naugle                    *Date Filed:* 05/25/05
*Lead BK Case:* **03-18901**                      *Date Terminated:* 08/12/05
*Lead BK Title:* Vista Hospital Systems Inc
*Lead BK Chapter:* 11
**Show Associated Cases**

*Demand:* $139000
 *Nature[s] of Suit:*                    454  Recover Money/Property

### *Plaintiff*
-------------------------
**Permian Health Care Inc**          represented by **Terese A Mosher-Beluris**
333 South Grand Avenue Suite 2010          2049 Century Park East Suite 3400
Los Angeles, CA 90067                      Century City, CA 90067-3208
                                           310-551-9344

### *Plaintiff*
-------------------------
**French Hospital Medical Center**   represented by **Terese A Mosher-Beluris**
333 South Grand Avenue Suite 2010          (See above for address)
Los Angeles, CA 90067

### *Plaintiff*
-------------------------

Exhibit C

**Development Specialists Inc**

333 South Grand Avenue Suite 2010
Century City, CA 90067

**Terese A Mosher-Beluris**

represented by (See above for address)

V.

**Defendant**

-------------------------

**Medquist Transcriptions Ltd**

1000 Bishops Gate Boulevard Ste 300
Mount Laurel, NJ 08054

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2006 | 14 | Document - HEARING HELD (RE: related document(s) 1 Complaint, , ) (Firman, Karen) (Entered: 04/17/2006) |
| 04/17/2006 | | Hearing Held on pre trial - OFF CALENDAR - Adversary Closed (Firman, Karen) (Entered: 04/17/2006) |
| 08/12/2005 | 13 | Adversary case closing [PAR] (Entered: 08/12/2005) |
| 08/10/2005 | 12 | Notice of dismissal [Adversary] as stipulated filed by Attys for Plaintiffs & Attys for Defendant with proof of service RE: Item# 1 [BUC] (Entered: 08/11/2005) |
| 08/10/2005 | 11 | Notice of scheduling order; filed by plaintiff with proof of service RE: Item# 1 [KXF] (Entered: 08/10/2005) |
| 08/03/2005 | 10 | Hearing held on status conference re complaint to avoid and recover preferential transfers - 1. Joint report deadlines adopted; 2. Continued to **August 25, 2005 at 9:00 a.m.**; and 3. Pretrial set at 9:00 a.m., **April 17, 2006**. RF: Item# 1 [BUC] (Entered: 08/03/2005) |
| 08/01/2005 | 9 | Answer filed for defendant, Medquist Transcriptions, Ltd.; with proof of service [KXF] (Entered: 08/02/2005) |
| 07/27/2005 | 8 | ORDER to extend time Defendant may answer or otherwise respond to the complaint through **August 1, 2005** as stipulated with notice of entry & certificate of mailing RF: Item# 1 And [BUC] (Entered: 07/27/2005) |
| 07/19/2005 | 7 | Stipulation [SECOND] between Plaintiff Development Specialists, Inc., as Plan Administrator of Vista Hospital Systems, Inc., Permian Health Care, Inc., and French Hospital Medical Center and Defendant Medquist Transcription, Ltd extending time in which defendant must respond to the complaint through **July 25, 2005** with proof of service RE: Item# 1 [BUC] (Entered: 07/19/2005) |
| 07/14/2005 | 6 | Document: joint report re: early meeting of counsel pursuant to Federal Rule of Civil Procedure 26(f) and Local Bankruptcy Rule 7016-1[a] 2 with proof of service RF: Item# 1 [KXF] (Entered: 07/14/2005) |

# Exhibit C

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2005 | 5 | Stipulation filed by plaintiff and between defendant extending time in which to respond to complaint for defendant from 6-27-05 through 7-14-05 with proof of service RE: Item# 1 [TOL] (Entered: 06/30/2005) |
| 06/03/2005 | 4 | Notice of required compliane with Local Bankruptcy Rule 7026-1; filed by Plaintiff with proof of service RE: Item# 1 [KXF] (Entered: 06/03/2005) |
| 06/03/2005 | 3 | Summons service executed RE: Item# 1 [KXF] (Entered: 06/03/2005) |
| 05/26/2005 | 2 | Summons and notice of status conference issued May 26, 2005; answer due: June 27, 2005; Status Conference set for hearing on 08/03/2005 at 09:00 a.m. at 3420 Twelfth Street, Courtroom 304, Riverside, CA 92501 RE: Item# 1 [KXF] (Entered: 05/26/2005) |
| 05/25/2005 | 1 | Complaint to avoid and recover preferential transfers and for disallowance of claims; Related Case RS 03-18901 DN; Filing Fee $150.00; Receipt #7564 hearing on 08/03/2005 at 09:00 a.m. at 3420 Twelfth Street, Courtroom 304, Riverside, CA 92501[Disposed] [KXF] [DISPOSED] [BUC] (Entered: 05/26/2005) |

Exhibit C

# U.S. Courts Unclaimed Funds Locator

Home    About

Court / CACB

Edit Search

| Case Number | 6:03-bk-18901 | Page Total | $16,512.52 |
| Last/Business Name | VISTA HOSPITAL SYSTEMS INC | First Name | |

Creditors | 2

| | Court | Creditor Name' | Amount |
| --- | --- | --- | --- |
|  | CACB | Medquist | $10,057.24 |
| | CACB | Medquist | $6,455.28 |

First    Prev    Next    Last

Version 3.03e · © 2015-2024 US Courts · Collaboratively Developed Software (VAEB)
This site requires Microsoft Edge, Safari, Firefox, Google Chrome or IE 9+ (Compatibility Mode OFF)

Exhibit D

Printed on Aug 27 2024 12:06 pm

# 6:05-ap-01212 - Permian Health Care Inc et al v. Medquist Transcriptions Ltd

| Development Specialists Inc<br>333 South Grand Avenue Suite 2010<br>Century City, CA 90067<br>*(Plaintiff)* | represented by | Terese A Mosher-Beluris<br>2049 Century Park East Suite 3400<br>Century City, CA 90067-3208<br>t: 310-551-9344 |
| --- | --- | --- |
| French Hospital Medical Center<br>333 South Grand Avenue Suite 2010<br>Los Angeles, CA 90067<br>*(Plaintiff)* | represented by | Terese A Mosher-Beluris<br>2049 Century Park East Suite 3400<br>Century City, CA 90067-3208<br>t: 310-551-9344 |
| Medquist Transcriptions Ltd<br>1000 Bishops Gate Boulevard Ste 300<br>Mount Laurel, NJ 08054<br>*(Defendant)* | represented by | |
| Permian Health Care Inc<br>333 South Grand Avenue Suite 2010<br>Los Angeles, CA 90067<br>*(Plaintiff)* | represented by | Terese A Mosher-Beluris<br>2049 Century Park East Suite 3400<br>Century City, CA 90067-3208<br>t: 310-551-9344 |

### PACER Service Center

| Receipt: | 08/27/2024 12:06:13 |
| --- | --- |
| User: | briandilks |
| Client: | |
| Description: | Party List |
| | 6:05-ap-01212-DN |
| Pages: | 1 ($0.10) |

Exhibit G

Comptroller
of Public
Accounts
FORM   05-102
(Rev. 2-03/21)

3333

b ■

03336142941

Do not write in the space above

a. TCode [X] ■ 13196 Franchise    [ ] ■ 16196 Bank

**TEXAS FRANCHISE TAX**
**PUBLIC INFORMATION REPORT**
*MUST be filed to satisfy franchise tax requirements*

c Taxpayer identification number
■ 12218504335

d Report year
■ 2003

Corporation name and address

MEDQUIST TRANSCRIPTIONS, LTD
5 GREENTREE CENTER, SUITE 311
MARLTON          NJ     08053

e. PIR / IND   ■ [ ] 1, 2, 3, 4

Secretary of State file number or, if none,
Comptroller unchartered number

g ■          0002002799

Item k on Franchise
Tax Report form  Page 1

*The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability
company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary.
The information will be available for public inspection.*

If the preprinted information is not correct, please type or print the correct information.   **Please sign below!**

[X] Check here if there are currently **no changes** to the information preprinted in Sections A, B, and C of this report.

Corporation's principal office
MARLTON, NJ

Principal place of business

---

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|------|-------|----------|-------------------------------|
| JOHN DONOHOE | PRESIDENT | YES | |

MAILING ADDRESS
5 GREENTREE CENTER, SUITE 311   MARLTON, NJ 08053        Term expiration (mm-dd-yyyy)

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|------|-------|----------|-------------------------------|
| JOHN SUENDER | SECRETARY | YES | |

MAILING ADDRESS
5 GREENTREE CENTER, SUITE 311   MARLTON, NJ 08053        Term expiration (mm-dd-yyyy)

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|------|-------|----------|-------------------------------|
| BRIAN KEARNS | TREASURER | YES | |

MAILING ADDRESS
5 GREENTREE CENTER, SUITE 311   MARLTON, NJ 08053        Term expiration (mm-dd-yyyy)

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|------|-------|----------|-------------------------------|
| DAVID COHEN | CEO | X  YES | |

MAILING ADDRESS
5 GREENTREE CENTER, SUITE 311   MARLTON, NJ 08053        Term expiration (mm-dd-yyyy)

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|------|-------|----------|-------------------------------|
| | | YES | |

MAILING ADDRESS                                          Term expiration (mm-dd-yyyy)

---

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|----------------------------------------|------------------------|------------------------|---------------------|
| SEE ATTACHED FORM 851 | | | |
| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|-------------------------------------|------------------------|------------------------|---------------------|
| MEDQUIST, INC | NJ | N/A | 100.00 |

---

Registered agent and registered office currently on file   *(See instructions if you need to make changes.)*

Agent:

Office:

[ ] Check this box if you need forms
to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation

sign here ►   Officer, director, or other authorized person    Title    Date    Daytime phone (Area code and number)

THO
2Y5212 6 000

Address Proof
of Record



# Dilks | & | Knopik

November 13, 2024

United State Bankruptcy Court
Attn: Unclaimed Funds Processor
255 E. Temple Street, Room 967
Los Angeles, CA 90012

RE: Application for the Release of Unclaimed Funds

Dear Friends:

I am applying to the US Bankruptcy Court, Central District of California for the release of the unclaimed monies originally due and owing to Medquist for the approximant amount of $16,512.52. This is from the Bankruptcy of Vista Hospital Systems, Inc. and Case No. 6:03-bk-18901.

Thank you for your attention to this matter.

Sincerely,

Andrew T. Drake
Vice President

P.s. The unclaimed funds report, which I typically would include in the first few pages of supporting materials, is included here as an Exhibit, along with the Report of unclaimed funds (Ex DEE)
Thanks for your help processing these.

P.P.S Has Dodgers euphoria worn off yet? Congratulations.

35308 SE Center Street
Snoqualmie, WA 98065

Phone  425-836-5728
Fax      877-209-8249
Email   admin@dilksknopik.com