UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED JAN 15 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED JAN 16 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

In re

Vista Hospital Systems, Inc

Debtor (s)

Case No: RS03-18901-SY

ORDER DENYING REQUEST FOR
PAYMENT OF UNCLAIMED FUNDS
(28 U.S.C. Section 2042,
LBR 9013, LBR 3011-1)

On January 3, 2025, Dilks & Knopik, LLC filed an Application for Payment of Unclaimed Funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason(s):

_____ 1.  A request for an order must be made by written application. Contact Financial Services at (213) 894-0999 to obtain the appropriate form.

_____ 2.  The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3.  The name of the claimant listed on the trustee's report is not the same as shown on the application and the difference is not explained.

_____ 4.  The address of the claimant listed on the motion is not the same as shown on the proof of identification provided and the difference is not explained.

_____ 5.  An original power of attorney was not submitted.

_____ 6.  The Notice to U.S. Attorney's Office appears to have not been sent.

__X__ 7.  There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

__X__ 8.  There are insufficient supporting documents showing the claimant to be the owner to the funds claimed.

_____ 9.   There is no resolution that verifies the person signing the application and/or power of attorney is authorized to sign on behalf of the claimant.

_____ 10.  The documents supporting the claim have not been certified or notarized.

_____ 11.  Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____ 12.  No proof of identification provided (driver's license/passport).

_____ 13.  No W-9 or AO213 form was provided to the court.

__X__ 14.  Other: This is the third attempt by Silks & Knopick, LLC. Instead of providing additional documents or evidence, S&K merely tries to explain away the reasons why the prior motions were denied. The explanations are not satisfactory. The more I review this, the less

_____   1-15-25
Honorable Scott Yun              Date

confident I become that MModal St. Ltd. is the successor to the original claimant. The documents refer to both MModal Services, Ltd. and MModal Services, Ltd, Inc. Are they the same? MModal Services, Ltd., Inc. appears to be based in Franklin, Tennessee, whereas MModal Services, Ltd. is based in Minnesota. Also, the driver's license for John Matheson indicates he resides in Draper, Utah, whereas other documents list his address in New Jersey or Minnesota.