| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Vista Hospital Systems Inc | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Central District of California

Case number:  6:03-bk-18901 — SY

**FILED**
**APR 17 2025**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $ 4,356.37 |
|---|---|
| Claimant's Name: | US Foods, Inc. - Andy Shelburne |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PO Box 29291, Phoenix, AZ 85038<br>(480) 766-5816<br>us_aupclaims13@pwc.com |

### 2. Claimant Information

Applicant[2] represents the following:

- [ ]  The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [x]  The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
  US Foodservice, Inc. (now US Foods, Inc)
  _____.
- [ ]  If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- [x]  Applicant is the Claimant.
- [ ]  Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ]  Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Supporting Documentation** | |
| [X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. | |

**5. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
*Civil Process Clerk-Federal Building*
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: 2/25/25 | Date: |
| *[signature]* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Andy Shelburne | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| US Foods, Inc. ATTN: Andy Shelburne | |
| Address: PO Box 29291 | Address: |
| Phoenix, AZ 85038 | |
| Telephone: (480) 766-5816 | Telephone: |
| Email: us_aupclaims13@pwc.com | Email: |

**7. Notarization**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ____Arizona____

COUNTY OF ____Maricopa____

This Application for Unclaimed Funds, dated 2/25/25 was subscribed and sworn to (or affirmed) before me on this 25 day of February, 2025 by

____Andrew Shelburne____
who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)    Notary Public ____Carla Arias____

> CARLA ARIAS
> Notary Public - Arizona
> Maricopa County
> Commission # 639171
> My Comm. Expires Dec 6, 2026

## HOLDER LIMITED POWER OF ATTORNEY

US Foods, Inc. appoints PwC US Tax LLP ("PwC"), acting through its partners and staff, as its attorney in fact for the sole purpose of assisting in the collection of abandoned property, unclaimed funds, or otherwise dormant tangible and intangible assets, including transferring, endorsing, and liquidating unclaimed securities, (hereafter, the "Property") belonging to US Foods, Inc., its subsidiaries, acquisitions or affiliates and any predecessor companies of such entities (hereafter, the "Company").

US Foods, Inc. grants PwC the authority to do all things reasonably necessary to facilitate the recovery of said Property. Such acts shall include, but are not limited to:

- Engaging in any verbal or written communication concerning Property currently held by an entity on behalf of the Company, or that has already been turned over to a state's abandoned property division on behalf of the Company.

- Requesting and receiving any information concerning the value, nature or identification of Property currently or previously held by an entity on behalf of the Company, including Property that has already escheated to a state's abandoned property division.

- Requesting and receiving written correspondence verifying the Company's entitlement to any Property turned over to a state's abandoned property division.

Signed this __16th__ day of __October__, 20__24__.

US Foods, Inc.

By: _____         Tax ID No. _____36-3642294_____
Andy Shelburne
VP Corporate Taxation

---

State of __Arizona__    County __Maricopa__

On __October 16__, 20__24__ before me, personally appeared Andy Shelburne, VP Corporate Taxation, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __Arizona__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: _____Carla Arias_____         NOTARY SEAL

My Commission Expires: __6th of December 2026__

CARLA ARIAS
Notary Public - Arizona
Maricopa County
Commission # 639171
My Comm. Expires Dec 6, 2026

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Dirk Locascio, Chief Financial Officer of US Foods, Inc., certify that Andy Shelburne is the VP Corporate Taxation for US Foods, Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, liquidate and receive unclaimed securities and related dividends owned by US Foods, Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in US Foods, Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

US Foods, Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this __16__ day of __October__, 20__24__.

_____          _____
Dirk Locascio                                          Andy Shelburne
Chief Financial Officer                             VP Corporate Taxation
US Foods, Inc.                                         US Foods, Inc.                           AFFIX
9399 West Higgins Rd, Ste 500                PO Box 29291,                            CORPORATE
Rosemont, IL 60018-6600                        Phoenix, AZ 85038                      SEAL

---

State of __ILLINOIS__, County of __Cook__

Before me, Dirk Locascio, Chief Financial Officer, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __ILLINOIS__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
_____          11 January 2027
Notary's Signature                                    Commission Expires

Place Notary Seal Here
OFFICIAL SEAL
KRISTYN J KELLY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 1/11/2027

---

State of __Arizona__, County of __Maricopa__

Before me, Andy Shelburne, VP Corporate Taxation, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __Arizona__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.                                                            Place Notary Seal Here

_Carla Arias_                                  6th of December 2026
Notary's Signature                          Commission expires

CARLA ARIAS
Notary Public - Arizona
Maricopa County
Commission # 639171
My Comm. Expires Dec 6, 2026

# US Foods, Inc.
# Exhibit A

| ENTITY | TAX ID | INCORPORATION/ JURISDICTION |
|---|---|---|
| A F Services, Inc. | | Missouri |
| Allen Foods, Inc. | | Missouri |
| Allen Frozen Foods, Inc. | | |
| Allen/Marske Produce, Inc. | | |
| Alliant Exchange, Inc. | | Delaware |
| Alliant Foodservice, Inc. | | Delaware |
| Alliant Foodservice-Atlanta, Inc. | | |
| Alliant Holding, Inc. | | |
| Alliant Receivables Corp. | | Delaware |
| Alliant Service LLC | | Delaware |
| Alliant/Atlantic Foodservice, Inc. | | Delaware |
| Alliant/Belca Foodservice, Inc. | | |
| Alliant/K-B Foodservice, Inc. | | |
| Alliant/United Foodservice, LLC | | |
| Apple Acquisitions Corporation | | Delaware |
| Atlanta Land L.K.E., LLC | 27-1928240 | Delaware |
| Atlantic Foodservice, Inc. | | |
| Baking Company, Inc. | | Nevada |
| Bay-N-Gulf, Inc. | 59-2082673 | Florida |
| Belca Foodservice Corp | | |
| Bensinger Company | | |
| Besinger's Inc. | | |
| Bevaco Food Service | | DBA |
| Beyond Company | | |
| Biggers Brothers, Inc. | | Delaware |
| Bloomington L.K.E. LLC | | Delaware |
| Bluewater Seafood Company | | |
| BNG Transport, Inc. | 20-5985247 | Florida |
| BRB Holdings, Inc. | | Delaware |
| Broadline, Inc. | | Delaware |
| Cattleman's | | |
| CDD Properties, LLC | | Delaware |
| CDRF Acquisition Corporation | | |
| CDRF Holding, Inc. | | Delaware |
| Charlotte L.K.E. LLC | | Delaware |
| Chef's Store | | |
| Chef's Variety | | |
| Christianson Sales Co. Limited Partnership | | Minnesota |
| Christina & Co. | 43-1990126 | Louisiana |
| City Meat | | |
| City Meat & Provisions Company, Inc. (AZ) | | Arizona |
| City Meat & Provisions Company, Inc. (DE) | | Delaware |
| Classic Tureen Company | | |
| Columbia/Lexington L.K.E. LLC | | Delaware |
| Connoisseur Specialty Foods | | |
| CP Food Service (Daytona Beach) | | |
| Cross Valley Farms | | |

| ENTITY | TAX ID | INCORPORATION/ JURISDICTION |
|---|---|---|
| Cross Valley Farms, Inc. | | Delaware |
| D. Canale Food Services, Inc. | | Tennessee |
| Daniel Foodservice, Inc. | | |
| Daytona L.K.E. LLC | | Delaware |
| Devonshire Bakeries | | |
| Dierks Waukesha | | |
| Dietary Products, Inc. | | Delaware |
| Duke Associates (Partnership) | | |
| E&H Distributing Co. | | Nevada |
| E&H Distributing, LLC | 88-0066486 | Nevada |
| El Pasado, Inc. | | Delaware |
| elPassado Company | | |
| F H Bevevino & Company, Inc. | | Pennsylvania |
| First Course, LLC | 52-2314268 | Delaware |
| First State Redevelopment Corporation | | |
| FirstClass Foods | | DBA |
| FirstClass Foods - Trojan, Inc. | 95-2374505 | California |
| Fleming Foodservice of Austin, Texas | | |
| Food Distribution Concepts Inc. | | Delaware |
| Fresh Transportation Co. Ltd. | 31-1425027 | Ohio |
| Fresh Unlimited, Inc. | 31-1230224 | Ohio |
| Freshway Foods | 31-1230224 | Ohio |
| Freshway Logistics, Inc. | 20-4125763 | Ohio |
| Gardner's Good Foods, Inc. | 22-1822572 | |
| GFG Foodservice, Inc. | | North Dakota |
| Glenview Farms Dairy | | |
| Goode Brothers, Inc. | | |
| Great North Imports, LLC | 52-2190438 | Delaware |
| Greenville Total L.K.E. LLC | | Delaware |
| Halben Food Mfg. Company | | |
| Harbor Banks Seafood, Co. | | Delaware |
| Harbor Marketing | | |
| Harbor Marketing, Inc. | | Delaware |
| Harrison's Prime Meats & Provisions, Inc. | | Nevada |
| Harvest Value Company | | |
| Hawkeye Foodservice Distribution | | |
| Hilltop Hearth Bakeries | | |
| Hilltop Hearth Bakeries Inc. | | Delaware |
| Hudson Acquisition, Inc. | 52-2044236 | Delaware |
| I. Isenberg Meats, Inc. | | |
| Illinois Fruit & Produce Corp. | | Illinois |
| Illinois US Foods | 36-3642294 | Delaware |
| J. H. Haar & Sons, L.L.C. | | New Jersey |
| J. P. Monarch, Inc. | 36-3642294 | Delaware |
| Jackson L.K.E., LLC | 37-1767483 | Delaware |
| JFHC, Inc | | |
| John Sexton & Co. | | Delaware |
| Joseph Webb Foods, Inc. | | Delaware |
| JP Foodservice Distributors, Inc. | 36-3642294 | Delaware |
| JP Foodservice, Inc. | 36-3642294 | Delaware |

| ENTITY | TAX ID | INCORPORATION/ JURISDICTION |
|---|---|---|
| JP Name Sub, Inc. | | Delaware |
| JPF Real Estate Holdings, Inc. | | Delaware |
| JPFD Funding Company | | Delaware |
| JPHC, Inc. | | Delaware |
| K-B Foodservice, Inc. | | |
| K-B Transport, Inc. | | |
| Keener's Incorporated | | Washington |
| Kesterson Companies, Inc. | | Tennessee |
| Kesterson Food Company, Inc. | | Tennessee |
| King's Food Sales, Inc. | | Kentucky |
| King's Foodservice, Inc. | | Kentucky |
| Lady Baltimore Foods, Inc. | | |
| Leone Foodservice Corp. | | |
| Lone Star Institutional Grocers, Inc. | | Delaware |
| Magnifoods Co. | | |
| Mazo-Lerch Company | | Delaware |
| MidAtlantic Acquisition Corporation | | Delaware |
| Midway Produce | | |
| Monarch Institutional Foods | | |
| Monogram Meat Packing Company | | |
| Montgomery LKE, LLC | | Delaware |
| MT Food Service Properties, Inc. | | |
| Mutual Distributors, Inc. | | Florida |
| Mutual Wholesale Company | | Florida |
| Nevada Baking Co Inc. | | Nevada |
| Next Day Gourmet | 52-2275400 | Delaware |
| Next Day Gourmet, Inc. | 52-2190438 | Delaware |
| Next Day Gourmet, LP | 52-2275400 | Indiana |
| Nextgen Markets, Inc. | | Delaware |
| Outwest Meat Company | 88-0142357 | Nevada |
| Pacific Jade, Inc. | | Delaware |
| Paris L.K.E., LLC | 52-2314015 | Delaware |
| Parkway Food Service/PA (Greensburg) | | |
| Parkway Provision Company LLC | | Delaware |
| Parkway Provisions Company, Inc. | | |
| Patuxent Farms, Inc. | | Delaware |
| PYA/Monarch Foodservice, Inc. | | |
| PYA/Monarch, Inc. | | MD/DE |
| PYA/Monarch, LLC | | Delaware |
| Rituals Coffee Company | | Delaware |
| Riverside Food Distributors, LLC | 43-1990126 | Louisiana |
| Roanoke Restaurant Service, Inc. | | Virginia |
| Roseli Products Corporation | | Delaware |
| Rotelle Inc. | | |
| RS Funding, Inc. | 88-0371951 | Nevada |
| Rykoff-Sexton Funding Corporation | | Nevada |
| Rykoff-Sexton Services, Inc. | | Nevada |
| Rykoff-Sexton, Inc. (1) | 95-2134693 | Delaware |
| Rykoff-Sexton, Inc. (2) | 52-2044236 | Delaware |
| S. & O. Property Corporation | | New York |

| ENTITY | TAX ID | INCORPORATION/ JURISDICTION |
|---|---|---|
| S. E. Rykoff, Inc. | 95-2134693 | |
| S.E. Rykoff & Co. | | |
| Sandler Foods, L.P. | | New York |
| Save on Seafood | 59-2082673 | Florida |
| Save on Seafood Fishing, Inc. | 46-2920499 | Florida |
| SERCO | | |
| Sky Bros., Inc. | | Pennsylvania |
| SLC 98A, Inc. | | |
| SLC Holding Company Inc. | | Delaware |
| SMI Management, Inc. | | |
| Sofco, Inc. | | New York |
| Sofco-Mead Internal Management Corp. | | New York |
| Sorrento Food Service, Inc. | | New York |
| Southtowns Seafood, Inc. | | New York |
| SQP, Inc. | | New York |
| Squeri Cash & Carry, Inc. | | Ohio |
| Squeri Food Service, Inc. | | Ohio |
| SSG Receivables Corp. | | Delaware |
| Stock Yards | | |
| Stock Yards Meat Packing Company | | |
| Stock Yards Meat Packing Company, LLC | | Delaware |
| Stock Yards Packing Co., Inc. | | Delaware |
| Stock Yards Packing Company | | |
| Stocker-Hausmann Company | | |
| Stocker-Hausmann Foods, Inc. | | Missouri |
| Superior Products Catalog Company, LLC | | Delaware |
| Superior Products Mfg. Co. Limited Partnership | | Minnesota |
| Targeted Specialty Services, Inc. | | Delaware |
| The Drescher Corporation | | New York |
| The Global Imports Group | | |
| Thirstier Beverage Company | | |
| Trans-Porte US Foodservice | | |
| Trans-Porte, Inc. | 52-1749428 | Delaware |
| Tri River Foods, Inc. | | |
| U.S. Foodservice | | Delaware |
| U.S. Foodservice of Atlanta, Inc. | | Delaware |
| U.S. FoodService of Buffalo, Inc. | | New York |
| U.S. Foodservice of Florida, Inc. | | Delaware |
| U.S. Foodservice of Illinois, Inc. | | Delaware |
| U.S. Foodservice, Inc. (1) | | Delaware |
| U.S. Foodservice, Inc. (2) | 52-2044236 | Delaware |
| U.S. Foodservice-Knoxville L.P. | | Tennessee |
| U.S. Systems Distribution, Inc. | | Texas |
| U.S.F. Distributors, Inc. | | Delaware |
| United Signature Foods, Inc | | |
| US Foods | | |
| US Foods Culinary Equipment & Supplies, LLC | 52-2275400 | Delaware |
| US Foods Holding Corp. | 26-0347906 | Delaware |
| US Foods of Illinois, Inc. | 36-3642294 | Delaware |
| US Foods, Inc. | 36-3642294 | Delaware |

| ENTITY | TAX ID | INCORPORATION/ JURISDICTION |
|---|---|---|
| US Foodservice | | |
| US Foodservice- Las Vgas Division | | |
| US Foodservice, Inc | 36-3642294 | Delaware |
| US Foodservice-Carolinas Division | | DBA |
| USF CMP, LLC | | Delaware |
| USF Holding Corp. | 26-0347906 | Delaware |
| USF Integrated Logistics, LLC | | Delaware |
| USF NDG, LLC | 52-2190438 | Delaware |
| USF Propco I, LLC | 77-0689376 | Delaware |
| USF Propco II, LLC | 77-0689385 | Delaware |
| USF Propco Mezz A, LLC | 77-0689380 | Delaware |
| USF Propco Mezz B, LLC | 77-0689374 | Delaware |
| USF Propco Mezz C, LLC | 41-2243701 | Delaware |
| USF Shared Services, LLC | 52-2314268 | Delaware |
| USF Shares, Inc. | 26-2857553 | DE NFP |
| USF/Christianson Sales Gp Holdings, LLC | | Delaware |
| USF/Christianson Sales LP Holdings, LLC | | Delaware |
| USF/EMF, Inc. | | New York |
| USF/Parkway Foodservice, LLC | | Delaware |
| USF/RI LLC | | Delaware |
| USF/Superior Products Gp Holdings, LLC | | Delaware |
| USF/Superior Products LP Holdings, LLC | | Delaware |
| USFAR Inc. | | Nevada |
| USFT LLC | | Delaware |
| USFTM, Inc. | | |
| Valley Food Distributors of Nevada | | |
| Valley Foods Corporation | | Nevada |
| Valley Industries, Inc. | | |
| Vesuvio | | |
| Virginia Beach L.K.E. LLC | | Delaware |
| Walterboro LKE, LLC | | Delaware |
| Waukesha Transport Inc. | 39-1589226 | Wisconsin |
| Waukesha Wholesale Foods, Inc. | 39-0898599 | Wisconsin |
| Westlund Provisions, Inc. | | Minnesota |
| White Swan, Inc. | | Delaware |
| WS Holdings Corporation | | Delaware |
| Zebulon L.K.E. LLC | | Delaware |

**US FOODS, INC.**
Action of the Board of Directors
<u>Taken by Unanimous Written Consent</u>

March 23, 2016

The undersigned, constituting all of the members of the Board of Directors (the "<u>Board of Directors</u>") of US Foods, Inc., a Delaware corporation (the "<u>Corporation</u>"), acting by unanimous written consent in lieu of a formal meeting of the Board of Directors, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("<u>DGCL</u>"), hereby consent to the adoption of the following:

**TAX AUTHORIZED SIGNATORY**

RESOLVED, that Andrew Shelburne, Vice President Taxation, is hereby approved as the authorized signatory for all tax filings before federal, state and local government taxing authorities for the Corporation and each of its wholly-owned subsidiaries; and, further

RESOLVED, that Andrew Shelburne, Vice President Taxation will exercise such authority to execute such documentation in accordance with the transaction authorization process outlined in the Corporation's Bill of Authority; and, further

RESOLVED, that all actions of any kind heretofore taken by the Corporation or any of its subsidiaries in connection with the foregoing resolution be, and they hereby are, ratified, confirmed and approved in all respects; and, further

RESOLVED, that this Action by Written Consent may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall be deemed to constitute one and the same Action by Written Consent.

*[remainder of page left intentionally blank]*

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of Directors of US Foods, Inc., have executed this Unanimous Written Consent as of the date first above written.

_____
Pietro Satriano

_____
Fareed Khan

_____
Juliette Pryor

Being the entire Board of US Foods, Inc.

**2024 FOREIGN PROFIT CORPORATION ANNUAL REPORT**
DOCUMENT# F01000000246

**Entity Name:** US FOODS, INC.

**FILED**
Apr 29, 2024
Secretary of State
6600310893CC

**Current Principal Place of Business:**

9399 WEST HIGGINS ROAD
SUITE 100
ROSEMONT, IL 60018-6600

**Current Mailing Address:**

9399 WEST HIGGINS ROAD
SUITE 100
ROSEMONT, IL 60018-6600 US

**FEI Number:** 36-3642294

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
          Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT & DIRECTOR | Title | CFO & DIRECTOR |
| Name | FLITMAN, DAVID E. | Name | LOCASICO, DIRK |
| Address | 9399 W. HIGGINS RD., SUITE 100 | Address | 9399 WEST HIGGINS ROAD SUITE 100 |
| City-State-Zip: | ROSEMONT IL 60018 | City-State-Zip: | ROSEMONT IL 60018-6600 |
| Title | ASST. SECRETARY | Title | GENERAL COUNSEL & DIRECTOR, SECRETARY |
| Name | SCHROEDER, BRETT R. | Name | HA, MARTHA |
| Address | 9399 W. HIGGINS RD. SUITE 100 | Address | 9399 W. HIGGINS RD. SUITE 100 |
| City-State-Zip: | ROSEMONT IL 60018 | City-State-Zip: | ROSEMONT IL 60018 |
| Title | TREASURER | | |
| Name | KROTIAK, ELIZABETH E. | | |
| Address | 9399 WEST HIGGINS ROAD | | |
| City-State-Zip: | ROSEMONT IL 60018 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BRETT R. SCHROEDER                         ASSISTANT SECRETARY    04/29/2024

          Electronic Signature of Signing Officer/Director Detail                                    Date

| Form **851** (Rev. October 2016) Department of the Treasury Internal Revenue Service | **Affiliations Schedule** For tax year ending 01  01  , 2022 ▶File with each consolidated income tax return. ▶Information about Form 851 and its instructions is at www.irs.gov/form851. | OMB No. 1545-0123 |
|---|---|---|

| Name of common parent corporation | Employer identification number |
|---|---|
| US FOODS HOLDING CORP. | 26-0347906 |

Number, street, and room or suite no. If a P.O. box, see instructions.
P.O. BOX 29291

City or town, state, and ZIP code
PHOENIX    AZ    85038

### Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|---|
| 1 | Common parent corporation | | | 15,250,528 | 3,000,000 |
|   | Subsidiary corporations: | | | | |
| 2 | US FOODS, INC. P.O. BOX 29291 PHOENIX AZ 85038 | USFO | 36-3642294 | 0 | 0 |
| 3 | TRANS-PORTE, INC. P.O. BOX 29291 PHOENIX AZ 85038 | TRAN | 52-1749428 | 0 | 0 |
| 4 | WAUKESHA TRANSPORT, INC. P.O. BOX 29291 PHOENIX AZ 85038 | WAUK | 39-1589226 | 0 | 0 |
| 5 | FRESH UNLIMITED, INC. P.O. BOX 29291 PHOENIX AZ 85038 | FRES | 31-1230224 | 0 | 0 |
| 6 | FRESHWAY LOGISTICS, INC. P.O. BOX 29291 PHOENIX AZ 85038 | FRES | 20-4125763 | 0 | 0 |
|   | **Totals** (Must equal amounts shown on the consolidated tax return.) ▶ | | | 15,250,528 | 3,000,000 |

### Part II — Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number of shares | Percentage of voting power | Percentage of value | Owned by corporation no. |
| 1 | Common parent corporation HOLDING COMPANY | 551112 | | | | | | |
|   | Subsidiary corporations: | | | | | | | |
| 2 | WHOLESALE FOOD DIST. | 424410 | | X | 1,000 | 100.000% | 100.000% | 1 |
| 3 | COMMON CARRIER | 484121 | | X | 10 | 100.000% | 100.000% | 2 |
| 4 | FREIGHT TRUCKING | 484110 | | X | 900 | 100.000% | 100.000% | 2 |
| 5 | WHOLESALE FOOD DIST | 311991 | | X | 64 | 100.000% | 100.000% | 2 |
| 6 | COMMON CARRIER | 484230 | | X | 200 | 100.000% | 100.000% | 2 |

**For Paperwork Reduction Act Notice, see instructions.**    Form **851** (Rev. 10-2016)

**Legal Relationship**

U.S. Foodservice, Inc. → US Foods, Inc.

| Owner | Case Number | Case Name |
|---|---|---|
| Us Foodservice Inc | 6:03-bk-18901 | Vista Hospital Systems Inc |

# Delaware

PAGE  1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "U.S. FOODSERVICE, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "US FOODS, INC.", THE FOURTH DAY OF NOVEMBER, A.D. 2011, AT 8:19 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

2193879  8320

120010822

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 9271945

DATE: 01-04-12